**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**DONGKUK S&C CO., LTD.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**S U M M O N S**
**Court No. 26-03136**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1. Plaintiff, Dongkuk S&C Co., Ltd., is a foreign producer and exporter of utility scale wind towers from the Republic of Korea. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and participated as a party to the U.S. Department of Commerce's administrative review that is the subject of this appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Dep't of Commerce in the final results of the Aug. 1, 2023 to July 31, 2024, antidumping duty admin. review of Utility Scale Wind Towers from the Republic of Korea, A-580-902.
(Brief description of contested determination)

3. Commerce issued its final results on May 26, 2026.
(Date of determination)

4. Commerce published its final results on June 1, 2026 (91 Fed. Reg. 32,383).
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jarrod M. Goldfeder
Signature of Plaintiff's Attorney

June 24, 2026
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jarrod M. Goldfeder
Trade Pacific PLLC
700 Pennsylvania Ave., SE, Suite 500
Washington DC 20003
Tel: (202) 223-3760
E-mail: jgoldfeder@tradepacificlaw.com

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY 10278

Director
Commercial Litigation Branch – Civil Division U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC 20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)